**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**COLUMBIA DIVISION**

| | | |
|---|---|---|
| **ANTHONY D. MOORE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No.      1:04cv0087** |
| | ) | |
| **MICHAEL J. ASTRUE, Commissioner of** | ) | **Judge Thomas A. Wiseman, Jr.** |
| **Social Security,**[1] | ) | |
| | ) | |
| **Defendant.** | ) | |

**FINAL ORDER AND JUDGMENT**

Before the Court is Plaintiff Anthony D. Moore's motion for judgment on the administrative record (Doc. No. 15), seeking judicial review of the Commissioner's denial of his claim for Social Security Disability Insurance Benefits ("DIB") and Supplemental Security Income ("SSI"). The Commissioner of Social Security ("Commissioner" or "Defendant") has filed a response opposing Plaintiff's motion (Doc. No. 19) and Plaintiff has filed a reply brief (Doc. No. 26).

As discussed in greater detail in the accompanying Memorandum Opinion, the Court finds upon review of the Administrative Record as a whole (Doc. No. 5, Attachment; hereafter, "AR") that the Commissioner's determination at step five of the sequential analysis that Plaintiff is able to perform work that exists in the national economy is not supported by substantial evidence in the record as required by 42 U.S.C. § 405(g). Accordingly, the Court hereby **GRANTS** Plaintiff's Motion for Judgment on the Administrative Record (Doc. No. 15). The Commissioner's decision denying benefits is **REVERSED** and this matter **REMANDED** for further proceedings consistent with this Order and the Court's Memorandum Opinion.

It is so **ORDERED**.

This is a final judgment for purposes of Fed. R. Civ. P. 58.

_____
Thomas A. Wiseman, Jr.
Senior U.S. District Judge

---

[1]Michael J. Astrue is automatically substituted for his predecessor Jo Anne Barnhart as Commissioner of the Social Security Administration. Fed. R. Civ. P. 25(d)(1).